

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jesus De La Cruz Herrera, Appellant

No. 06-18-00112-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27560). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect court costs of only $10.00. As modified, we affirm the trial court's judgment. We further strike the inclusion of attorney fees for court-appointed counsel from the bill of costs.

We note that the appellant, Jesus De La Cruz Herrera, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 15, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk